

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00090-CR

Anthony Alex **DELEON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1992-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

Court reporter Patricia Wagner has filed a notification of late record, requesting an extension to July 31, 2015. We GRANT the extension and ORDER her to file the reporter's record on or before July 31, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court